427 A.2d 1211

Commonwealth v. Yokes, Appellant.

Submitted  November 8, 1976.  Stephen

* President Judge Francis J. Catania, of the Court of Common Pleas of Delaware County, Pennsylvania, is sitting by designation.

* President Judge Francis J. Catania, of the Court of Common Pleas of Delaware County, Pennsylvania, is sitting by designation.

Toole, Assistant Public Defender, for appellant; Ballard Smith, District Attorney, for Commonwealth, appellee.

Before WATKINS, P. J., and JACOBS, HOFFMAN, CERCONE, PRICE, VAN der VOORT and SPAETH, JJ.

The judgment of sentence of the lower court is hereby affirmed.

JACOBS, J., did not participate in the consideration or decision of this case.